Julius Friedman, administrator of the estate of Ben Manfield, deceased, appellee, v. Joseph Peckler, impleaded with Modern Woodmen of America, appellant. Gen. No. 33,738.

Opinion filed November 27, 1929.

William A. Rogan and Morton Jacobson, for appellant; William C. Burns and R. Hamlin Petty, of counsel. Campbell & Fischer and Latham Castle, for appellee; John G. Campbell and Herman A. Fischer, Jr., of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Morris Rosenbaum et al., appellees, v. Leza Sapoznik et al., appellants. Gen. No. 33,980.

Opinion filed December 16, 1929.

Aaron Soble, for appellants. Yale & Yale, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Harry Barlos, appellee, v. John J. Therman, appellant. Gen. No. 33,541.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Loucks, Eckert & Peterson, for appellant; W. W. Patterson, of counsel. Morris K. Levinson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.